127 P.3d 953

# SUPREME COURT OF HAWAI'I

**January 23, 2006**

| 24671 | Kamalu v. Paren, Inc. | Affirmed |

**January 25, 2006**

| 26070 | State v. Kealoha | Vacated and Remanded |
| 25380 | State v. Kotis | Affirmed |

**January 26, 2006**

| 24561 | Aloha Islandair, Inc. v. Hoshijo | Vacated and Remanded |

**January 31, 2006**

| 26112 | Doe Children, In re | Affirmed |